UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLOTTE MEJIA, O/B/O J.E.M.

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 10-340-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 7, 2011 (doc. no. 15) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Supplement the Transcript filed by Charlotte Mejia, on behalf of her minor child J.E.M., is DENIED. Further, the Motion for Summary Judgment filed by Charlotte Mejia, on behalf of her minor child J.E.M., considered as an appeal to the Commissioner's final decision denying the claim for children's Supplemental Security Income benefits is DENIED, and judgment is entered in the defendant's favor affirming the final decision of the Commissioner under sentence four of 42 U.S.C. § 405(g).

Baton Rouge, Louisiana, this 8th day of March, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA